```
               UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA              JS-6
                     SOUTHERN DIVISION


                   CIVIL MINUTES - GENERAL

Case No.:  CV 08-133 AHS (FMOx)              Date: June 2, 2009

Title:     Michael F. Dubose v. Just Mortgage, Inc.
==================================================================
 PRESENT:  HON. ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE

           Ellen Matheson                Not Present
           Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT:  None

PROCEEDINGS:        (IN CHAMBERS) ORDER REMANDING THE ACTION TO
                    STATE COURT FOR LACK OF SUBJECT MATTER
                    JURISDICTION
```

On April 20, 2009, plaintiff filed a Second Amended Complaint. On May 15, 2009, the Court issued an Order to Show Cause Why the Action Should Not Be Remanded to State Court for Lack of Subject Matter Jurisdiction Returnable May 29, 2009. Plaintiff failed to file a response to the Order to Show Cause.

This District's Local Rule 8-1 provides that "[t]he statutory or other basis for the exercise of jurisdiction by this Court shall be plainly stated in the first paragraph of any document invoking this Court's jurisdiction." Here, the Second Amended Complaint does not include a federal claim and the allegations in the pleadings rule out diversity as the source of jurisdiction.

This action was removed pursuant to 28 U.S.C. § 1331, on the ground the case involved a federal question because the action arose under 15 U.S.C. § 1501, *et seq*. relating to the federal Truth in Lending Act. Because the action no longer involves a federal question, this Court lacks jurisdiction. Accordingly, the action is ordered remanded to state court.

The Clerk is directed to serve this order on all parties in this action. The Clerk is further directed to provide to the Orange County Superior Court Clerk a copy of this Order of Remand for filing in Case no. BC379709.

```
MINUTES FORM 11                    INITIALS OF DEPUTY CLERK enm
CIVIL - GEN    DAM            D - M
O:\ECF Ready\CV 08-133.Dubose v. Just Mortgage.dismiss rejxwpd.wpd
```

# NOTICE PARTY SERVICE LIST

**Case No.** OCSC #BC379709    **Case Title** 

**Title of Document**

| | | | |
|---|---|---|---|
| ☐ | ADR | ☐ | US Attorneys Office - Civil Division -L.A. |
| ☐ | BAP (Bankruptcy Appellate Panel) | ☐ | US Attorneys Office - Civil Division - S.A. |
| ☐ | BOP (Bureau of Prisons) | ☐ | US Attorneys Office - Criminal Division -L.A. |
| ☐ | CA St Pub Defender (Calif. State PD) | ☐ | US Attorneys Office - Criminal Division -S.A. |
| ☐ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | ☐ | US Bankruptcy Court |
| ☐ | Case Asgmt Admin (Case Assignment Administrator) | ☐ | US Marshal Service - Los Angeles (USMLA) |
| ☐ | Chief Deputy Admin | ☐ | US Marshal Service - Riverside (USMED) |
| ☐ | Chief Deputy Ops | ☐ | US Marshal Service -Santa Ana (USMSA) |
| ☐ | Clerk of Court | ☐ | US Probation Office (USPO) |
| ☐ | Death Penalty H/C (Law Clerks) | ☐ | US Trustee's Office |
| ☐ | Dep In Chg E Div | ☐ | Warden, San Quentin State Prison, CA |
| ☐ | Dep In Chg So Div | | |
| ☐ | Federal Public Defender | | |
| ☐ | Fiscal Section | | |
| ☐ | Intake Section, Criminal LA | | |
| ☐ | Intake Section, Criminal SA | | |
| ☐ | Intake Supervisor, Civil | | |
| ☐ | MDL Panel | | |
| ☐ | Ninth Circuit Court of Appeal, Clerk | | |
| ☐ | PIA Clerk - Los Angeles (PIALA) | | |
| ☐ | PIA Clerk - Riverside (PIAED) | | |
| ☐ | PIA Clerk - Santa Ana (PIASA) | | |
| ☐ | PSA - Los Angeles (PSALA) | | |
| ☐ | PSA - Riverside (PSAED) | | |
| ☐ | PSA - Santa Ana (PSASA) | | |
| ☐ | Schnack, Randall (CJA Supervising Attorney) | | |
| ☐ | Statistics Clerk | | |

☐ *ADD NEW NOTICE PARTY* **(if sending by fax, mailing address must also be provided)**

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

\* For CIVIL cases only

*JUDGE / MAGISTRATE JUDGE (list below):*

**Initials of Deputy Clerk** _____